**FILED & ENTERED**

**JAN 12 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY chackel   DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re: | Case No.: ND 9:11-10110 |
| Jose Barron and Columba Barron, | Chapter 11 |
| Debtors. | ORDER FOR INITIAL CHAPTER 11 STATUS CONFERENCE |
| | Date:  March 16, 2011<br>Time:  2:00 p.m.<br>Place: 1415 State Street<br>           Courtroom 201<br>           Santa Barbara, CA 93101 |

   The Debtors commenced this case by the filing of a Chapter 11 petition on January 8, 2011.

   **ACCORDINGLY, IT IS HEREBY ORDERED** that a status conference will be held on Wednesday, March 16, 2011, at 2:00 p.m., in Courtroom 201, 1415 State Street, Santa Barbara, California.  The debtors-in-possession and attorney for the debtors-in-possession shall appear.

   At this conference the following matters will be addressed:

   (1) The employment of professionals;

   (2) The issues in the case;

   (3) Compliance with the reporting requirements of the Office of the
       United States Trustee.

Creditors are invited, but not required, to attend.

   Debtors' counsel, or the individual debtors if they have filed this case pro se, shall immediately serve a copy of this Order on the 20 largest unsecured creditors, all secured creditors, and the Office of the United States Trustee.

Order Setting Status Conference - 1

1  Debtors' counsel or individual pro se debtors shall file a proof of service with the
2  Court.  Failure to comply with the terms of this Order may result in the conversion of
3  this case to Chapter 7 or the dismissal of this case with a bar against refiling for
4  180 days pursuant to 11 U.S.C. § 109(g)(1).
5  ###
6  ###
7  ###
8  ###
9  ###
10 ###
11 ###
12 ###
13 ###
14 ###
15 ###
16 ###
17 ###
18 ###
19 ###
20 ###
21 ###
22 ###

DATED: January 12, 2011

_____
United States Bankruptcy Judge

Order Setting Status Conference - 2

**SERVICE LIST FOR ENTERED ORDER**

Jose Barron
Columba Barron
13 La Cadena Street
Santa Barbara, CA 93103-3408

David A St. John
Law Offices of David A St. John
309 South A Street
Oxnard, CA 93030-5804

Office of the United States Trustee (ND)
128 East Carrillo Street, Suite 126
Santa Barbara, CA 93101

Office of the United States Trustee
21051 Warner Center Lane, #115
Woodland Hills, CA 93167

Order Setting Status Conference - 3

# CERTIFICATE OF NOTICE

```
District/off: 0973-9          User: admin              Page 1 of 1              Date Rcvd: Jan 12, 2011
Case: 11-10110                Form ID: pdf031          Total Noticed: 1

The following entities were noticed by first class mail on Jan 14, 2011.
db/jdb        Jose Barron,   Columba Barron,   13 La Cadena Street,   Santa Barbara, CA   93103-3408
The following entities were noticed by electronic transmission.
NONE.                                                                                      TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 14, 2011**                     **Signature:** _Joseph Speetjens_