UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (NON-BUSINESS) | |
|---|---|---|
| JOSE BARRON AND COLUMBA BARRON | Case Number: | 9:11-bk-10110-RR |
| | Operating Report Number: | 1 |
| Debtor(s). | For the Month Ending: | Jan 31, 2011 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          0.00

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          0.00

3. BEGINNING BALANCE:          On Jan 8, 2011          (205.29)

4. RECEIPTS DURING CURRENT PERIOD:          1,501.70

5. BALANCE:          1,296.41

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD          (1,096.41)

7. ENDING BALANCE:          200.00

8. General Account Number(s):          xxxxxx8526

Depository Name & Location:          SBBT Fairview
Wells Fargo DIP Gen Acct and DIP Rental Acct opened 1/28/2011 w/$100 deposit each

---

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 1/10/2011 | Bank | SBBT | Overdraft charge | (33.00) |
| 1/18/2011 | 3595 | State Farm | Insurance Premium | (721.98) |
| 1/18/2011 | 3596 | Cash | Food and Cash to open DIP accts | (300.00) |
| 1/18/2011 | ACH | Security Benefit | 401K automatic withdrawal | (40.00) |
| 1/19/2011 | 3597 | Cash to close account | Close Account | (1.43) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Page 2 of 8 | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | (1,096.41) |

GENERAL ACCOUNT

BANK RECONCILIATION

Bank statement Date:    _____1/19/2011_____    Balance on Statement:    _____$0.00_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount | |
|---|---|---|
| 1/28/2011 | 200.00 | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL DEPOSITS IN TRANSIT    | 200.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| None | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:    | 0.00 |

Bank statement Adjustments:    _____
Explanation of Adjustments-

| |
|---|
| |

ADJUSTED BANK BALANCE:    | $200.00 |

     

# Deposit Transaction History

| Processed by: | Alberto Rivera | Branch #<br>Santa Barbara Main Office | Branch<br>Phone #  (888) 400-7228 | Date: 02/07/2011 | Time: 04:39 PM |
|---|---|---|---|---|---|

| Customer Name: | Jose Barron |
|---|---|
| Account Number: | 4618526 |
| Transaction Type Searched: | ALL |

## TRANSACTION INFORMATION

Search Criteria :

| Posting Date | Transaction Date | Transaction Type | Amount/Rate | Description | Resulting Balance |
|---|---|---|---|---|---|
| 12/31/2010 | | POS PAYMENT | 52.42 | 449972 222 N MILPAS ST SANTA BARBARA CA | 1873.21 |
| 12/31/2010 | | POS PAYMENT | 30.00 | 38261 8 N MILPAS ST SANTA BARBARA CA | 1843.21 |
| 01/03/2011 | 01/03/2011 | CHECK 3590 | 268.36 | | 1574.85 |
| 01/04/2011 | | POS PAYMENT | 124.97 | 484063 APL*ITUNES 866-712-7753 CA | 1449.88 |
| 01/04/2011 | | POS PAYMENT | 30.00 | 408930 SHELL GOLETA CA | 1419.88 |
| 01/05/2011 | 01/05/2011 | CHECK 3589 | 500.00 | | 919.88 |
| 01/06/2011 | 01/06/2011 | DEPOSIT | 4290.00 | | 5209.88 |
| 01/06/2011 | 01/06/2011 | CHECK 3594 | 354.62 | | 4855.26 |
| 01/07/2011 | | POS PAYMENT | 30.45 | 209138 1116 CASITAS PASS CARPINTERIA CA | 4824.81 |
| 01/07/2011 | 01/07/2011 | CHECK 3591 | 255.00 | | 4569.81 |
| 01/07/2011 | 01/07/2011 | CHECK 3593 | 175.10 | | 4394.71 |
| 01/10/2011 | 01/10/2011 | DEPOSIT | 400.00 | | 4794.71 |
| 01/10/2011 | 01/10/2011 | CHECK 3592 | 5000.00 | | -205.29 |
| 01/11/2011 | | OVERDRAFT CHARGE | 33.00 | Item(s) Presented 01/10/2011 | -238.29 |
| 01/14/2011 | | ACH DEPOSIT | 1293.70 | DIRECT RELIEF IN DIRECT DEP 1233303024 | 1055.41 |
| 01/18/2011 | 01/18/2011 | DEPOSIT | 8.00 | | 1063.41 |
| 01/18/2011 | 01/18/2011 | CHECK 3595 | 721.98 | | 341.43 |
| 01/18/2011 | 01/18/2011 | CHECK 3596 | 300.00 | | 41.43 |
| 01/18/2011 | | ACH PAYMENT | 40.00 | SECURITY BENIFIT LCMP PREM LIFE | 1.43 |
| 01/19/2011 | 01/19/2011 | AUTO CLOSE WITHDRL 3597 | 1.43 | | 0.00 |

Today's transactions are subject to proof and verification.

II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Home Loan Svc Inc | Mo | $4,355.00 | 1 | $4,355.00 |
| Chase | Mo | $3,193.47 | 1 | $3,193.47 |
| NCB | Mo | $524.54 | 1 | $524.54 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 8,073.01 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | | | | |
| Jeep | State Farm | $500,000.00 | 8/13/2011 | 8/13/2011 |
| Casualty | State Farm | $500,000.00 | 8/13/2011 | 8/13/2011 |
| La Cadena | State Farm | $600,000.00 | 12/13/2011 | 12/13/2011 |
| (REs) La Cadena - Villa: | State Farm | $207,000.00 | 12/11/2011 | 12/11/2011 |

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of of montly account statements for each of the below)

|  |  |  |
|---|---|---|
| General Account: | 100.00 | |
| Payroll Account: | NA | |
| Tax Account: | NA | |
| *Other Accounts: | Rental Account | 100.00 |
| | | |
| *Other Monies: | | |
| **Petty Cash (from below): | 0.00 | |

TOTAL CASH AVAILABLE: 200.00

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| NONE | | |

TOTAL PETTY CASH TRANSACTIONS: 0.00

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VI. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

|     |     | No | Yes |
|-----|-----|----|-----|
| 1.  | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X | ___ |

|     |     | No | Yes |
|-----|-----|----|-----|
| 2.  | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | X | ___ |

3. State what progress was made during the reporting period toward filing a plan of reorganization
   Setting Claims Bar Date, review POC on Villa 1st Mortgage, set pre-objection letter to claimant

4. Describe potential future developments which may have a significant impact on the case:
   None at this time.

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

   NA

|     |     | No | Yes |
|-----|-----|----|-----|
| 6.  | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | X | ___ |

I,    Jose Barron and Columba Barron, Debtors,
      declare under penalty of perjury that we have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of our knowledge.

_Jose Barron_
_Columba Barron_

2-15-11
_____
Date                                  Page 8 of 8                          Principal for debtor-in-possession