David A. St. John  (SBN 048746)
ST JOHN LAW OFFICES
309 South A Street
Oxnard CA 93030-50804
(805) 486-8000 * (805) 486-8855

Attorney for Debtor-In-Possession

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In Re:

JOSE BARRON and
COLUMBA BARRON,

      Debtor(s)

Case Number 9:11-bk-10110-RR11

Operating Report Number:  2
For the Month Ending:  Feb 01

TO: THE HONORABLE ROBIN RIBLET,  UNITED STATES BANKRUPTCY JUDGE

 The Debtor-In-Possession hereby files their monthly Operating Report pursuant to the United

States Trustee's Operating and Reporting Requirements for Chapter 11 cases.

DATED: 3-15-01

              Attorney for Debtor-In-Possession

**UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA**

In Re:

JOSE BARRON and
COLUMBA BARRON,

Debtor(s).

CHAPTER 11 (BUSINESS)

CASE NO. 9:11-bk-10110-RR11
**OPERATING REPORT NO. 2**
FOR THE MONTH ENDING: *Feb 01*

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (TOTAL OF ALL ACCOUNTS - See attached individual account reports)

1. TOTAL RECEIPTS PER ALL PRIOR ACCOUNT REPORTS     $ *1,501.70*

2. TOTAL DISBURSEMENTS PER ALL ACCOUNT REPORTS     $ *1,096.41*

3. BEGINNING BALANCE:     $ *200.00*

4. RECEIPTS DURING CURRENT PERIOD:     $ *6,233.41*

5. BALANCE:     $ *6,433.41*

6. TOTAL DISBURSEMENTS DURING CURRENT PERIOD     $ *2,357.20*

7. ENDING BALANCE:     $ *4,076.21*

DEPOSITORY NAMES AND LOCATION (See attached individual account reports)

Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit
specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

*Debtor-in-Possession Monthly Operating Report (Business) - Page 2 of 11*

## I. CASH RECEIPTS AND DISBURSEMENTS (Continued)
### B. GENERAL ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS    $ 6,501.70
2. TOTAL DISBURSEMENTS PER ALL PRIOR GEN ACCT REPORTS    $ 6,296.41

3. BEGINNING BALANCE:    $ 100.00
4. RECEIPTS DURING CURRENT PERIOD: Add all deposits    $ 5,233.41
5. BALANCE:    $ 5,333.41

6. DISBURSEMENTS DURING CURRENT PERIOD

| DATE | CK NO. | PAYEE | PURPOSE | AMT | |
|------|--------|-------|---------|-----|---|
| 2/7 | 10 | Cox | Cable, Inter, Phone | 147.18 | |
| 2/08 | ACH | Bank fee | Checks | 21.75 | |
| 2/10 | 11 | County of S.B | Reorder's office | 37.00 | |
| 2/11 | 15 | City of S. Barbara | waste & water | 130.23 | |
| 2/11 | 13 | TRADER JOE'S | food | 37.14 | = 373.30 |
| 2/15 | 17 | S. CA. EDISON | electricity | 176.55 | |
| 2/15 | 101 | cash paid | gas/Kid lunch, misc | 100.00 | |
| 2/15 | 18 | COSTCO | food | 92.89 | |
| 2/16 | 20 | Smart & Final | food | 48.71 | |
| 2/16 | 19 | FOREVER 21 | clothing | 39.04 | 456.59 |
| 2/17 | 102 | La Gloria Market | food | 17.08 | |
| 2/18 | 21 | Dr. Kendall | dentist work | 50.00 | |
| 2/22 | 105 | Officemax | school supplies | 19.74 | |
| 2/23 | 108 | COSTCO | miscellaneous | 257.89 | |
| 2/23 | 103 | Healthy Families | Kid health insurance | 60.00 | 404.71 |
| 2/23 | 106 | SMART & FINAL | food | 59.85 | |
| 2/23 | 104 | Santa Cruz Market | meat - (food) | 52.61 | |
| 2/24 | 112 | cash paid | gas, Kid lunch, miscellaneous | 150.00 | |
| 2/25 | 114 | cash paid | Weekend, cell | 100.00 | |
| 2/25 | 111 | COSTCO | school supply | 76.10 | 438.36 |
| 2/25 | 110 | TRADER JOE'S | food | 15.03 | |
| 2/28 | ECK | AT & T | Cell | 120.00 | ? |
| 2/28 | 116 | SCOLARI'S | food | 30.48 | |
| 2/28 | 109 | SB School District | kid lunch | 20.00 | 185.51 |

TOTAL DISBURSEMENTS THIS PERIOD:    $ 1858.47

7. ENDING BALANCE:                                    $ 3474.94

8. GENERAL ACCOUNT NUMBER:    xxx x 341 8

   DEPOSITORY NAME AND LOCATION:    Rabo Bank
                                    Milpas

## GENERAL ACCOUNT
## BANK RECONCILIATION*

Balance per bank statement dated: *NO BANK STMT YET*    $ _____

Plus deposits in transit (a):    *ATTACHED IS BANK PRINTOUT*
*FOR EACH TRANSACTION IN*

Deposit Date    *Feb.*    Deposit Amount

_____    $ _____

_____    _____

_____    _____

Total deposits in transit    _____

Less outstanding checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ |  |
| _____ | _____ |  |
| _____ | _____ |  |
| _____ | _____ |  |
| _____ | _____ |  |
| _____ | _____ |  |
| _____ | _____ |  |
| _____ | _____ |  |
| _____ | _____ |  |
| _____ | _____ |  |
| _____ | _____ |  |
| _____ | _____ |  |
| _____ | _____ |  |
| _____ | _____ |  |

Total outstanding checks    _____

Bank statement adjustments**    _____

Adjusted bank balance    $ _____

* It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this form with a similar form.
** Please attach a detailed explanation of any bank statement adjustment.

Jose J Barron

9485493418 Free Checking

| Account Identification ▼ | | | | |
|---|---|---|---|---|
| Jose J Barron | Home: | 805-456-9267 | Tax ID: | 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 S |
| Columba Barron | Work: | 000-000-0000 | Short name: | Barron Jose J |
| Debtor-In-Possession | Branch: | 2009 - Milpas Branch | Last deposit: | 1,258.23, 02/28/2011 |
| Bankruptcy Case No. 9:11-Bk1011-Rr | Prim officer: | 2009 - Milpas Branch | Current bal: | 2,047.12 |
| 13 La Cadena St | | | | |

| | | | |
|---|---|---|---|
| Ledger balance: | 2,120.94 | Today's activity: | -73.82 |
| Current balance: | 2,047.12 | Total Holds: | 0.00 |
| Account available balance: | 2,047.12 | Float: | 0.00 |
| Total accessible balance: | 2,047.12 | Unused PRA: | |
| Closing balance: | 2,037.12 | Related available balance: | 0.00 |
| Last statement: | 02/28/2011 | | |

58  All transactions, 01/28/2011 to 03/14/2011

| Date | Check | Amount | Description | Status | Balance |
|---|---|---|---|---|---|
| 03/14/2011 | 131 | 73.82 | 998 - Electronic Check | Pending | |
| **03/11/2011** | | **2,120.94** | **Daily balance** | | |
| 03/11/2011 | 132 | 200.00 | 823 - Cash Paid | | 2,120.94 |
| **03/10/2011** | | **2,320.94** | **Daily balance** | | |
| 03/10/2011 | 130 | 18.60 | 800 - Check | | 2,320.94 |
| **03/09/2011** | | **2,339.54** | **Daily balance** | | |
| 03/09/2011 | 129 | 18.50 | 998 - Electronic Check | | 2,339.54 |
| 03/09/2011 | 127 | 45.60 | 800 - Check | | 2,358.04 |
| **03/08/2011** | | **2,403.64** | **Daily balance** | | |
| 03/08/2011 | 119 | 30.67 | 800 - Check | | 2,403.64 |
| 03/08/2011 | 126 | 88.33 | 800 - Check | | 2,434.31 |
| 03/08/2011 | 125 | 148.99 | 998 - Electronic Check | | 2,522.64 |
| 03/08/2011 | 121 | 304.27 | 800 - Check | | 2,671.63 |
| **03/07/2011** | | **2,975.90** | **Daily balance** | | |
| 03/07/2011 | 122 | 21.30 | 800 - Check | | 2,975.90 |
| 03/07/2011 | 123 | 38.76 | 800 - Check | | 2,997.20 |
| 03/07/2011 | 124 | 100.00 | 823 - Cash Paid | | 3,035.96 |
| 03/07/2011 | 128 | 120.00 | 823 - Cash Paid | | 3,135.96 |
| **03/04/2011** | | **3,255.96** | **Daily balance** | | |
| 03/04/2011 | 120 | 44.34 | 800 - Check | | 3,255.96 |
| **03/02/2011** | | **3,300.30** | **Daily balance** | | |
| 03/02/2011 | 117 | 37.62 | 800 - Check | | 3,300.30 |
| 03/02/2011 | 118 | 85.00 | 823 - Cash Paid | | 3,337.92 |
| **03/01/2011** | | **3,422.92** | **Daily balance** | | |
| 03/01/2011 | 115 | 23.71 | 800 - Check | | 3,422.92 |
| 03/01/2011 | 113 | 28.31 | 800 - Check | | 3,446.63 |
| **02/28/2011** | | **3,474.94** | **Daily balance** | | |
| 02/28/2011 | 109 | 20.00 | 800 - Check | | 3,474.94 |
| 02/28/2011 | 116 | 30.48 | 210 - Check | | 3,494.94 |
| 02/28/2011 | | 120.00 | 941 - Ach Debit | | 3,525.42 |
| 02/28/2011 | | 1,258.23 | 736 - Ach Credit | | 3,645.42 |

| Date | | Amount | Description | Balance |
|---|---|---|---|---|
| 02/25/2011 | | 2,387.19 | Daily balance | |
| 02/25/2011 | 110 | 15.03 | 800 - Check | 2,387.19 |
| 02/25/2011 | 111 | 76.10 | 800 - Check | 2,402.22 |
| 02/25/2011 | 114 | 100.00 | 823 - Cash Paid | 2,478.32 |
| 02/25/2011 | 3 | 1,405.00 | 600 - Deposit | 2,578.32 |
| 02/25/2011 | 10 | 1,405.00 | 586 - Available Float | 1,173.32 |
| 02/25/2011 | 10 | 0.00 | 580 - Collectable Float | 1,173.32 |
| 02/24/2011 | | 1,173.32 | Daily balance | |
| 02/24/2011 | 112 | 150.00 | 823 - Cash Paid | 1,173.32 |
| 02/23/2011 | | 1,323.32 | Daily balance | |
| 02/23/2011 | 104 | 52.61 | 800 - Check | 1,323.32 |
| 02/23/2011 | 106 | 59.65 | 800 - Check | 1,375.93 |
| 02/23/2011 | 103 | 60.00 | 800 - Check | 1,435.58 |
| 02/23/2011 | 108 | 257.89 | 800 - Check | 1,495.58 |
| 02/23/2011 | | 1,320.18 | 600 - Deposit | 1,753.47 |
| 02/23/2011 | 1 | 1,380.18 | 586 - Available Float | 433.29 |
| 02/23/2011 | 1 | 0.00 | 580 - Collectable Float | 433.29 |
| 02/22/2011 | | 433.29 | Daily balance | |
| 02/22/2011 | 105 | 19.74 | 998 - Electronic Check | 433.29 |
| 02/18/2011 | | 453.03 | Daily balance | |
| 02/18/2011 | 21 | 50.00 | 800 - Check | 453.03 |
| 02/17/2011 | | 503.03 | Daily balance | |
| 02/17/2011 | 102 | 17.08 | 210 - Check | 503.03 |
| 02/16/2011 | | 520.11 | Daily balance | |
| 02/16/2011 | 19 | 39.04 | 800 - Check | 520.11 |
| 02/16/2011 | 20 | 48.71 | 800 - Check | 559.15 |
| 02/15/2011 | | 607.86 | Daily balance | |
| 02/15/2011 | 18 | 92.29 | 800 - Check | 607.86 |
| 02/15/2011 | 101 | 100.00 | 823 - Cash Paid | 700.15 |
| 02/15/2011 | 17 | 176.55 | 800 - Check | 800.15 |
| 02/14/2011 | | 976.70 | Daily balance | |
| 02/14/2011 | | 200.00 | 600 - Deposit | 976.70 |
| 02/14/2011 | 1 | 200.00 | 586 - Available Float | 776.70 |
| 02/14/2011 | 1 | 0.00 | 580 - Collectable Float | 776.70 |
| 02/11/2011 | | 776.70 | Daily balance | |
| 02/11/2011 | 13 | 37.14 | 800 - Check | 776.70 |
| 02/11/2011 | 15 | 130.23 | 800 - Check | 813.84 |
| 02/10/2011 | | 944.07 | Daily balance | |
| 02/10/2011 | 11 | 37.00 | 800 - Check | 944.07 |
| 02/08/2011 | | 981.07 | Daily balance | |
| 02/08/2011 | | 21.75 | 941 - Ach Debit | 981.07 |
| 02/07/2011 | | 1,002.82 | Daily balance | |
| 02/07/2011 | 10 | 147.18 | 998 - Electronic Check | 1,002.82 |
| 02/04/2011 | | 1,150.00 | Daily balance | |
| 02/04/2011 | | 1,050.00 | 600 - Deposit | 1,150.00 |
| 02/04/2011 | 1 | 1,050.00 | 586 - Available Float | 100.00 |
| 02/04/2011 | 1 | 0.00 | 580 - Collectable Float | 100.00 |
| 01/28/2011 | | 100.00 | Daily balance | |
| 01/28/2011 | | 100.00 | 600 - Deposit | 100.00 |
| 01/28/2011 | 1 | 100.00 | 586 - Available Float | 0.00 |
| 01/28/2011 | 1 | 0.00 | 580 - Collectable Float | 0.00 |

## I. CASH RECEIPTS AND DISBURSEMENTS (Continued)
### C. 1610 VILLA AVE ACCOUNT

1. Total Receipts per all prior Villa Acct Rpts    $ _____ 0
2. Total Disbursements per all prior Villa Acct Rpts $ _____ 0

3. BEGINNING BALANCE:                               $ 100.00
4. RECEIPTS DURING CURRENT PERIOD:        *        $ 1,000.00
5. BALANCE:                                         $ 1,100.00

6. DISBURSEMENTS DURING CURRENT PERIOD

| DATE | CK NO. | PAYEE | PURPOSE | AMT |
|------|--------|-------|---------|-----|
| 3/8 | ACH | Rabo Bank | Order Cks | 21.75 |
| 2/25 | 10 | Edison | Utility | 193.27 |
| 2/25 | 11 | Gas Co | Utility | 93.71 |
| 2/25 | 12 | SBCity | WATER | 190.00 |

* Debtors received an additional 3,200 in
rent in cash used as safety fund
because absence of clients in
Debtor's cleaning business.
Said $3,200 has not been spent.
It will be deposited in the
Villa Account And will appear
on the March operating Rept

_Jose Barron_

JB.

TOTAL DISBURSEMENTS THIS PERIOD:              $ 498.73

7. ENDING BALANCE:                            $ 601.27

8. VILLA ACCOUNT NUMBER:    xxx 8314

DEPOSITORY NAME AND LOCATION:    Rabo Bank
Milpas

## VILLA ACCOUNT
## BANK RECONCILIATION*

Balance per bank statement dated: _Feb 28, 01_                    $ _1,078.25_

Plus deposits in transit (a):

Deposit Date                                          Deposit Amount

_NA_                                                 $ _____

Total deposits in transit                            _1,078.25_

Less outstanding checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _10_ | _2/25_ | _190.00_ |
| _11_ | _2/25_ | _93.71_ |
| _12_ | _2/25_ | _193.27_ |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Total outstanding checks                             _476.98_

Bank statement adjustments**           _Adj Bal_     _601.27_

Adjusted bank balance                                $ _____

\* It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this form with a similar form.
\*\* Please attach a detailed explanation of any bank statement adjustment.
\* It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this form with a similar form.
\*\* Please attach a detailed explanation of any bank statement adjustment.

**Rabobank, N.A.**
Post Office Box 1845
**Rabobank**  El Centro, California 92244-1845

| | |
|---|---|
| Account Number: | 9720008314 |
| Last Statement: | January 28, 2011 |
| This Statement: | February 28, 2011 |
| Total days in statement period: | 32 |

Page 1 of 1

Direct inquiries to:        800-942-6222

RABOBANK
914 CARPINTERIA STREET
SANTA BARBARA, CA 93103

02  01            **RETURN SERVICE REQUESTED**
JOSE J BARRON
COLUMBA BARRON
DEBTOR-IN-POSSESSION
srf4c
00764    BANKRUPTCY CASE NO.9:11-BK1011-RR
1610 VILLA AVE
SANTA BARBARA CA 93101

TAX TIME IS FAST APPROACHING! TAKE ADVANTAGE OF POTENTIAL TAX SAVINGS WITH A RABOBANK
INDIVIDUAL RETIREMENT ACCOUNT. YOUR CHOICE OF TRADITIONAL, ROTH OR ROLLOVER ACCOUNTS ARE
AVAILABLE TO HELP YOU PLAN FOR A SOLID FINANCIAL FUTURE. STOP BY YOUR LOCAL RABOBANK BRANCH
TODAY TO OPEN YOUR INDIVIDUAL RETIREMENT ACCOUNT! MEMBER FDIC. CONSULT YOUR TAX ADVISOR FOR
SPECIFIC TAX BENEFITS.

## Free Checking

| | | | |
|---|---|---|---|
| Account number | 9720008314 | Beginning balance | $0.00 |
| Avg collected balance | $210.00 | Total additions | $1,100.00 |
| | | Total subtractions | $21.75 |
| | | Ending balance | $1,078.25 |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 02-08 | ACH DEBIT - DELUXE CHECK CHECK/ACC. 110208 | 21.75 |

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 01-28 | DEPOSIT | 100.00 |
| 02-25 | DEPOSIT | 1,000.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-28 | 100.00 | 02-08 | 78.25 | 02-25 | 1,078.25 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total overdraft fees | $0.00 | $0.00 |
| Total returned item fees | $0.00 | $0.00 |


www.rabobankamerica.com

## III INSURANCE COVERAGE

| NAME OF CARRIER | AMOUNT OF COVERAGE | POLICY EXPIRATION DATE | PREMIUM PAID THROUGH: |
|---|---|---|---|
| State Farm | $500,000.00 | 8/13/2011 | 8/13/20011 |
| State Farm | $500,000.00 | 8/13/2011 | 8/13/2001 |
| State Farm | $600,000.00 | 12/13/2011 | 12/13/2011 |
| State Farm | $207,000.00 | 12/11/2011 | 12/11/2011 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## IV. UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Qtrly Period Ending | Total Disbursements | Qtrly Fees | Date Paid | Amount Paid | Qtrly Fee Still Owing |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

\* *Post-Petition Accounts Payable should not include professionals' fees and expenses which have been incurred but not yet awarded by the Court. Post-Petition Accounts Payable should include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period of the report.*

## V. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Authorized Gross Compensation* | Gross Compensation Paid During the Month |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

\* Please indicate how compensation was identified in the order (e.g., $1,000/wk, $2,500/mo)

## VI. QUESTIONNAIRE

1.  Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?

    **X** No.

    _____ Yes.  Explain _____

2.  Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?

    **X** No.

    _____ Yes.  Amount, to whom, and for what period? _____

3.  State what progress was made during the reporting period toward filing a plan of reorganization:

    Please see Status Conference

    Statement on file

4.  Describe potential future developments which may have a significant impact on the case.

5.  Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.    N/A

6.  Did you receive any exempt income this month, which is not set forth in the operating report?

    X No.

    _____ Yes.  Please set forth the amounts and the source of the income.

    I, JOSE BARRON debtor and debtor in possession, declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

Date: 3-15-01 _____                    _____
                                                  JOSE BARRON