David A. St. John
ST. JOHN LAW OFFICES
309 South A Street
Oxnard CA 93030-5038
(805) 486-8000 / fax (805) 486-8855
dsj@law-pro.net
048746

Attorneys for Plaintiffs Jose Barron
and Columba Barron

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re:

JOSE BARRON and
COLUMBA BARRON

Debtors,

Chapter: 11

Case No. 9:11-bk-10110-RR

NOTICE OF APPLICATION OF DEBTORS AND DEBTORS-IN-POSSESSION TO EMPLOY COUNSEL (PROSPECTIVELY)

[11 U.S.C. §327, Local Rule 2014-1]

**TO THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES :**

**PLEASE TAKE NOTICE** debtors and debtors-in-possession, Jose Barron and Columba Barron are seeking approval of their application to employ David A. St. John of St. John Law Offices, to represent them in their Chapter 11 case at the expense of the estate. The employment of David A. St. John is for all legal services arising in, arising under, or related to this Chapter 11 case effective March 15, 2011.

The application requests that employment of David A. St. John who is currently performing services related to this Chapter 11 case. David A. St. John's hourly rate is for 2011 is $400.00 per hour for time spent in court and $350.00 per hour for time

NOTICE OF APPLICATION OF DEBTORS AND DEBTORS-IN-POSSESSION TO EMPLOY COUNSEL (PROSPECTIVELY)

1  spent on the case outside the court. The hourly rate for his paralegal is $150.00.

2      Any creditor wishing to review the Application may examine the copy on file with the
3  United States Bankruptcy Court, 1415 State Street, Santa Barbara, California, 93101 or
4  may request a copy from the undersigned. Any objection to the Application should be in
5  writing, filed with the court and served upon the applicant no later than fifteen (15) days
6  from the date of this notice. Any objection not so filed and served may be deemed waived.

7

8  Executed on March 29, 2011, at Oxnard, California.

9

10

11                                          DAVID A. ST. JOHN

28  **NOTICE OF APPLICATION OF DEBTORS AND DEBTORS-IN-POSSESSION TO EMPLOY COUNSEL (PROSPECTIVELY)**

| In re: | | CHAPTER: 11 |
|---|---|---|
| Jose Barron<br>Columba Barron | | CASE NUMBER: 9:11-bk-10110 |
| | Debtor(s). | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
309 South A Street, Oxnard, CA 93030-5804

A true and correct copy of the foregoing document described as **NOTICE OF APPLICATION OF DEBTORS AND DEBTORS-IN-POSSESSION TO EMPLOY COUNSEL (PROSPECTIVELY)** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 29, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Cassandra J. Richey on behalf of Courtesy NEF
crichey@pralc.com

Brian D. Fittipaldi on behalf of U.S. Trustee United States Trustee (ND)
brian.fittipaldi@usdoj.gov

United States Trustee (ND)
ustp.region16@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On March 29, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

Courtesy Copy to
Bankruptcy Judge Robin Riblet
1415 State Street
Santa Barbara, CA 93101

U.S. Trustee
United States Trustee (ND)
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

**9013-3.1.PROOF.SERVICE**
Best Case Bankruptcy

In re:
Jose Barron
Columba Barron

Debtor(s).

CHAPTER 11
CASE NUMBER 9:11-bk-10110

American Express
c/o Becket and Lee LLP
Po Box 3001
Malvern, PA 19355

American Home Mtg Srv
4600 Regent Blvd.
Irving, TX 75063-2443

Bac Home Loans Servici
450 American St
Simi Valley, CA 93065

Chase
P.o. Box 15298
Wilmington, DE 19850

Chase
Po Box 1093
Northridge, CA 91328

Chase
Po Box 24696
Columbus, OH 43224

Childrens Place
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

Citibank Usa
Citicard Credit Srvs/Centralized Bankrup
Po Box 20507
Kansas City, MO 64195

Macys/fdsb
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040

Ncb Ne Er
4661 E Main St
Columbus, OH 43213

Nordstrom FSB
Attention: Bankruptcy Department
Po Box 6566
Englewood, CO 80155


Jose Barron
Columba Barron
13 La Cadena Street
Santa Barbara, CA 93103

Brian D Fittipaldi
128 E Carrillo St
Santa Barbara, CA 93101

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

| In re: | | CHAPTER 11 |
|---|---|---|
| Jose Barron | | CASE NUMBER 9:11-bk-10110 |
| Columba Barron | | |
| | Debtor(s). | |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 29, 2011 | Nenen Obrador | *signature* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy