| In re<br><br>Jose Barron<br><br>Columba Barron<br><br>Debtor | CHAPTER 11<br><br>CASE NUMBER 9:11-bk-10110 |
|---|---|

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

309 South A Street, Oxnard, CA 93030-5804

A true and correct copy of the foregoing document described as **ORDER ON APPLICATION OF DEBTORS AND DEBTORS-IN-POSSESSION TO EMPLOY COUNSEL (PROSPECTIVELY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of March 29, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Cassandra J. Richey on behalf of Courtesy NEF
crichey@pralc.com

Brian D. Fittipaldi on behalf of U.S. Trustee United States Trustee (ND)
brian.fittipaldi@usdoj.gov

United States Trustee (ND)
ustp.region16@usdoj.gov

☐ Service information continued on attached page

**II.SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):** On March 29, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

Courtesy Copy to
Bankruptcy Judge Robin Riblet
1415 State Street
Santa Barbara, CA 93101

U.S. Trustee
United States Trustee (ND)
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

American Express
c/o Becket and Lee LLP
Po Box 3001
Malvern, PA 19355

American Home Mtg Srv
4600 Regent Blvd.
Irving, TX 75063-2443

Bac Home Loans Servicl
450 American St
Simi Valley, CA 93065

Chase
P.o. Box 15298
Wilmington, DE 19850

Chase
Po Box 1093
Northridge, CA 91328

Chase
Po Box 24696
Columbus, OH 43224

Childrens Place
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

Citibank Usa
Citicard Credit Srvs/Centralized Bankrup
Po Box 20507
Kansas City, MO 64195

Macys/fdsb
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040

Ncb Ne Er
4661 E Main St
Columbus, OH 43213

| In re | CHAPTER 11 |
|---|---|
| Jose Barron | |
| Columba Barron | CASE NUMBER 9:11-bk-10110 |
| Debtor | |

Jose Barron
Columba Barron
13 La Cadena Street
Santa Barbara, CA 93103

Brian D Fittipaldi
128 E Carrillo St
Santa Barbara, CA 93101

Nordstrom FSB
Attention: Bankruptcy Department
Po Box 6566
Englewood, CO 80155

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 29, 2011 | Nenen Obrador | *N. Obrador* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010 **9021-1.1.**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com
Best Case Bankruptcy